AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** 3:22-cv-446-RGJ   **DATE FILED** 8/30/2022 | Western District of Kentucky<br>Louisville Division |
| **PLAINTIFF**<br>David Domine & Louisville Historic Tours LLC | **DEFENDANT**<br>Ghost City Tours of Kentucky, LLC, a/k/a Ghost City Tours of Louisville; Ghost City Studios LLC & Ghost City Tours Holding, LLC |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | TX9000918 | Haunts of Old Louisville | David Domine |
| 2 | TX0007192920 | Haunts of Old Louisville | David Domine |
| 3 | TX0009000906 | Phantoms of Old Louisville: Ghose Tales from Amer | David Domine |
| 4 | TX0006509767 | Phantoms of Old Louisville: Ghose Tales from Amer | David Domine |
| 5 | TX0009000918 | Haunts of Old Louisville: Gilded Age Ghosts and Hau | David Domine |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED 8/30/2022 | INCLUDED BY   X ORIGINAL FILING<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | TX0009000924 | Ghosts of Old Louisville: True Stories of Haunting in | David Domine |
| 2 | TX0006225604 | Ghosts of Old Louisville: True Stories of Haunting in | David Domine |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☒ No | DATE RENDERED<br>8/7/2023 |
|---|---|---|
| CLERK<br>[signature] | (BY) DEPUTY CLERK<br>/s/ Sarah Jeffries | DATE<br>8/7/2023 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy