UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DAVID DOMINE, et al., <br><br>    PLAINTIFFS <br><br> v. <br><br> GHOST CITY TOURS OF KENTUCKY, LLC, et al. <br><br>    DEFENDANTS. | CASE NO. 3:22-CV-446-RGJ |

**[PROPOSED] AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a) and the Court's August 7, 2023 Order (Dkt. No. 31), all parties to this action have agreed that all claims shall be dismissed with prejudice. Accordingly,

IT IS HEREBY ORDERED that Plaintiffs David Domine and Louisville Historic Tours LLC's claims against Ghost City Tours of Kentucky, LLC a/k/a Ghost City Tours of Louisville, Ghost City Studios LLC, and Ghost City Tours Holding, LLC are DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

Tendered by:

/s/ Brian P. McGraw (w/permission)
Brian P. McGraw
Augustus S. Herbert
GRAY ICE HIGDON
3939 Shelbyville Road, Suite 201
Louisville, KY 40207
Telephone: (502) 625-2739
bmcgraw@grayice.com
aherbert@grayice.com

*Counsel for Plaintiffs*

/s/ Jeffrey S. Moad
Jeffrey S. Moad
STITES & HARBISON, PLLC
400 W. Market Street, Ste. 1800
Louisville, KY 40202
Telephone: (502) 587-3400
Fax: (502) 587-6391
jmoad@stites.com

Douglas B. Bates
STITES & HARBISON, PLLC
323 East Court Avenue
Jeffersonville, IN 47130
Telephone: (812) 282-7566
Fax: (812) 284-5519
dbates@stites.com

Andrew J. Walker
John R. Walker
JONES FUSSELL
P. O. Box 1810
Covington, LA 70434
Telephone: (985) 246-7808
Fax: (985) 235-4327
awalker@jonesfussell.com
johnwalker@jonesfussell.com

*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I certify that on September 21, 2023, I served the foregoing document on counsel of record through CM/ECF.

/s/ Jeffrey S. Moad
*Counsel for Defendants*